450 A.2d 1065

Commonwealth v. Hammond, Appellant.

624

Submitted December 5, 1980. George Gershenfeld, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., HESTER and WIEAND, JJ.

Judgment of sentence affirmed.